UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY <br> INSURANCE COMPANY, <br>     Plaintiff, <br> <br>   v. <br> <br> BLACK RED WHITE, INC., *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )   CAUSE NO.: 2:18-CV-403-JVB-JEM <br> ) <br> ) <br> ) |

## ORDER

This matter is before the Court on Plaintiff Philadelphia Indemnity Insurance Company's Motion to Distribute Monies Deposited with the Registry of the Court [DE 133], filed on January 30, 2020. No objections were filed.

Therefore, the Court hereby **GRANTS** Plaintiff Philadelphia Indemnity Insurance Company's Motion to Distribute Monies Deposited with the Registry of the Court [DE 133].

The Court **DIRECTS** the Clerk of Court to disburse the funds deposited with the Court in association with this cause of action as follows:

- $8,400.00 to Black Red White, Inc.
- $2,700.00 to Libra Trucking LLC
- $4,000.00 to Set Trans LLC
- $5,900.00 to Triple M Logistics
- $2,500.00 to Echo Express, Inc.
- $5,460.00 to Echo Trucking, Inc.

The Court further **DIRECTS** the Clerk of Court to refund the remaining $46,040.00 to Philadelphia Indemnity Insurance Company.

The Court **ORDERS** that Philadelphia Indemnity Insurance Company is discharged under Surety Bond No. PB11499803994. With no controversy remaining to be resolved, this case is hereby **TERMINATED**.

SO ORDERED on February 14, 2020.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN, JUDGE
UNITED STATES DISTRICT COURT
