AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

PHILADELPHIA INDEMNITY INSURANCE COMPANY,
*a Pennsylvania Corporation,*

Civil Action No. 2:18cv403

Plaintiff

v.

AB LINES INC., TERMED 09/24/2019, A2B CARGO INC., TERMED 09/24/2019, ADVANCE TRANSPORTATION SYSTEMS INC., TERMED 09/24/2019, AGX FREIGHT CARRIERS LLC, TERMED 01/08/2020, ALL IN TRUCKING INC., TERMED 09/24/2019, ALL STATE ENTERPRISE INC., TERMED 09/24/2019, ALTEX LOGISTICS INC., TERMED 09/24/2019, AMG FREIGHT, TERMED 09/24/2019, ASSIST FINANCIAL SERVICES INC., TERMED 09/24/2019, as assignee of SA Express Inc., TERMED 09/24/2019, BANTLE TRANSPORT LLC, TERMED 09/24/2019, BB TRANSPORT INC., TERMED 09/24/2019, BAXTER BAILEY & ASSOCIATES, TERMED 09/24/2019, as assignee of Bantle Transport LLC, TERMED 09/24/2019, BAXTER BAILEY & ASSOCIATES, TERMED 09/24/2019, BAXTER BAILEY & ASSOCIATES, TERMED 09/24/2019, as assignee of Bela Trucking Inc., TERMED 09/24/2019, BAXTER BAILEY & ASSOCIATES, TERMED 09/24/2019, as assignee of GTS Transportation Corporation, TERMED 09/24/2019, BING LOGISTICS INC., TERMED 09/24/2019, BLACK RED WHITE INC., BROWN LOGISTICS INC., TERMED 09/24/2019, CARGO SOLUTION EXPRESS, TERMED 09/24/2019, CASCADE EXPRESS INC., TERMED 09/24/2019, CD CONSORTIUM CORPORATION, TERMED 09/24/2019, as assignee of Perez Express LLC, TERMED 09/24/2019, D&D EXPRESS TRANSPORT CORPORATION, TERMED 09/24/2019, DMN RANSPORT INC., TERMED 09/24/2019, ECHO EXPRESS INC., ECHO TRUCKING INC., EMMANUEL TRUCK EXPRESS CO., TERMED 09/24/2019, EXPRESS FREIGHT FINANCE, TERMED 09/24/2019, as assignee of Fenix Express LLC, TERMED 09/24/2019, FINANCIAL CARRIER SERVICES INC., as assignee of Dubai Truck Lines Inc., FLAME TRANS INC., TERMED 09/24/2019, FOLEY BUSINESS CAPITAL, TERMED 09/24/2019, FORSAGE INC., TERMED 09/24/2019, FOUR TOWERS TRANPORTATION, TERMED 09/24/2019, GP TRANSPORTATION CO., TERMED 09/24/2019, GPB LOGISTICS LLC, TERMED 09/24/2019, GREAT PLAINS TRANSPORTATION SERVICES INC., TERMED 09/24/2019, as assignee of Kueker Trucking LLC, TERMED 09/24/2019, GSH TRUCKING, TERMED 09/24/2019, GTS TRANSPORTATION CORP., TERMED 09/24/2019, GULFSTREAM LOGISTICS INC., TERMED 09/24/2019, IIK TRANSPORT INC., TERMED 02/05/2019, INK TRANPORTATION LLC, TERMED 09/24/2019, JD FACTORS LLC, TERMED 09/24/2019, as assignee of Overlog Inc., TERMED 09/24/2019, JRV LOGISTICS INC., TERMED 09/24/2019, KIT LOGISTICS, TERMED 09/24/2019, L&E HAULING INC., TERMED 09/24/2019, LG WAY LLC, TERMED 09/24/2019, LIBRA TRUCKING LLC CJM FINANCIAL INC., TERMED 09/24/2019, as assignee of Lido Trans Inc., TERMED 09/24/2019, LINK TRANSPORT INC., TERMED 09/24/2019, LMB EXPRESS INC., TERMED 09/24/2019, LOGISTICIZE LTD, TERMED 09/24/2019, MB GLOBAL LOGISTICS INC., TERMED 09/24/2019, MIDWEST EXPRESS INC., TERMED 09/24/2019, MNS1 EXPRESS INC., TERMED 09/24/2019, MOLDEX INC., TERMED 09/24/2019, MUZZY CORPORATION, TERMED 09/24/2019, N TRUCKING LLC, TERMED 09/24/2019, NOVA LOGISTICS INC., TERMED 09/24/2019, OTR CAPITAL LLC, TERMED 09/24/2019, as assignee of Hines Transportation Inc., TERMED 09/24/2019, OTR CAPITAL LLC, TERMED 09/24/2019, as assignee of G&I Solutions Inc., TERMED 09/24/2019, OTR CAPITAL LLCS, TERMED 09/24/2019, as assignee of Mad Express Inc., TERMED 09/24/2019, PARTNERS FUNDING INC., TERMED 09/24/2019, as assignee of Gold Star Carriers Inc., TERMED 09/24/2019, PARTNERS FUNDING INC., TERMED 09/24/2019, as assignee of AZE Inc.,

TERMED 09/24/2019, PIGEON FREIGHT SERVICES, TERMED 09/24/2019, WALLACE FACTORING LLC, TERMED 09/24/2019, as assignee of R&B Trucking Inc., TERMED 09/24/2019, RELEX LOGISTICS INC., TERMED 09/24/2019, RELIABLE TRUCK LINES INC., TERMED 09/24/2019, RIDE STAR TRANSPORT LLC, TERMED 09/24/2019, RIVIERA FINANCE, TERMED 09/24/2019, as assignee of KG Logistics Inc., TERMED 09/24/2019, RIVIERA FINANCE, TERMED 09/24/2019, as assignee of MIK Carrier LLC, TERMED 09/24/2019, RJ EXPRESS INC., TERMED 09/24/2019, ROAD WOLVES INC., TERMED 09/24/2019, SAM HOUSTON TRUCK LINES LLC, TERMED 09/24/2019, SELLY LOGISTICS LLC, TERMED 09/24/2019, SET TRANS LLC, STAR TRANSPORTATION PA INC., TERMED 09/24/2019, TAYLOR TRUCK LINE INC., TERMED 09/24/2019, TBS FACTORING SERVICES LLC, TERMED 09/24/2019, as assignee of EPO and RPJ Trucking, TERMED 09/24/2019, TBS FACTORING SERVICES LLC, TERMED 09/24/2019, as assignee of J&M Hauling Corp., TERMED 09/24/2019, TBS FACTORING SERVICES LLC, TERMED 09/24/2019, as assignee of Ultrans Logistics LLC, TERMED 09/24/2019, THOMAS EXPRESS TRANSPORT LLC, TERMED 09/24/2019, THUNDER FUNDING, TERMED 09/24/2019, as assignee of E&E Nationwide Trucking Inc., TERMED 09/24/2019, TRADE WINDS TRANSIT INC., TERMED 09/24/2019, TRANSIT CORE LLC., TERMED 09/24/2019, TRANSRAPID INC., TERMED 09/24/2019, TRI-B INC., TERMED 09/24/2019, TRIPLE M LOGISTICS INC., TRITON LOGISTICS INC., TERMED 09/24/2019, TRIUMPH BUSINESS CAPITAL, TERMED 09/24/2019, as assignee of Jetset Express, TERMED 09/24/2019, TRIUMPH BUSINESS CAPITAL, TERMED 09/24/2019, as assignee of Quality Wheels, TERMED 09/24/2019, USA FREIGHT INC., TERMED 09/24/2019, UTRANS LOGISTICS LLC., TERMED 09/24/2019, VOLO GROUP INC., TERMED 09/24/2019, VS EXPRESS INC., TERMED 09/24/2019, WEX FLEET ONE, TERMED 09/24/2019, as assignee of Action Logistics, TERMED 09/24/2019, WEX FLEET ONE, TERMED 09/24/2019, as assignee of All In One Logistics, TERMED 09/24/2019, WEX INC., TERMED 09/24/2019, as assignee of AMG Freight, TERMED 09/24/2019, WEX INC., TERMED 09/24/2019, as assignee of Blue Stone Express, TERMED 09/24/2019, WEX INC., TERMED 09/24/2019, as assignee of DMAX Line Inc., TERMED 09/24/2019, WEX INC., TERMED 09/24/2019,  as assignee of GIC Logistics, TERMED 09/24/2019, WEX INC., TERMED 09/24/2019, as assignee of J&M Prado Corp., TERMED 09/24/2019, WEX INC., TERMED 09/24/2019, as assignee of REMY Express LLC, TERMED 09/24/2019, WEX INC., TERMED 09/24/2019, as assignee of Royal Logistics LLC, TERMED 09/24/2019, WEX INC., TERMED 09/24/2019, as assignee of Sultan Trans Inc., TERMED 09/24/2019, WEX INC., TERMED 09/24/2019, as assignee of US Atlantic Express LLC, TERMED 09/24/2019, WEX INC., TERMED 09/24/2019, as assignee of Yugo Inc., TERMED 09/24/2019, WORLDWIDE CARRIER INC., TERMED 09/24/2019, X-SPEED TRANSPORTATION INC., TERMED 09/24/2019, ZIPSHIP LOGISTICS LLC, TERMED 09/24/2019,  CD CONSORTIUM CORPORATION, TERMED 09/24/2019, as assignee of KG LINE INC., TERMED 09/24/2019, HURST LOGISTICS INC., TERMED 09/24/2019, KOT INC., TERMED 03/27/2019, M&R CARRIER INC., TERMED 09/24/2019, REDAS INC., TERMED 03/27/2019, SUCCARDES LLC, TERMED 09/24/2019, X-PRESS FREIGHT LOGISTICS LLC, TERMED 09/24/2019, ALEXANDER MILLER & ASSOCIATES LLC, TERMED 03/27/2019, as assignee of Kot Inc., TERMED 03/27/2019, as assignee of Redas Inc., TERMED 03/27/2019, 5 STAR TRUCKING INC., TERMED 09/24/2019,

Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one):*

___  the plaintiff _____
recover  from the defendant_____the amount of
dollars $_____, which includes prejudgment interest at the rate of_____% plus post-judgment
interest at the rate of_____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff_____.


_X___Other: The Clerk of Court is ORDERED to disburse the funds deposited with the Court in association with this cause of action as follows:

•$8,400.00 to Black Red White, Inc.

•$2,700.00 to Libra Trucking LLC

•$4,000.00 to Set Trans LLC

•$5,900.00 to Triple M Logistics

•$2,500.00 to Echo Express, Inc

•$5,460.00 to Echo Trucking, Inc.

The remaining $46,040.00 to be refunded to Philadelphia Indemnity Insurance Company.

Philadelphia Indemnity Insurance Company is discharged under Surety Bond No. PB11499803994.


This action was (*check one*):

___ tried to a jury with Judge_____presiding, and the jury has rendered a verdict.

___ tried by Judge_____without a jury and the above decision was reached.


_X_ decided by Judge Joseph S. Van Bokkelen on a Motion to Disburse Monies Deposited with the Registry of the Court filed by Plaintiff.

DATE:  February 14, 2020                              ROBERT N. TRGOVICH, CLERK OF COURT

                                                                    By: s/ L. Higgins-Conrad
                                                                        *Signature of Deputy Clerk*